274 F.2d 823
 NATIONAL BOULEVARD BANK OF CHICAGO, Plaintiff-Appellee,
v.
Meyer SCHWARTZ, Defendant-Appellant.
 No. 177.
 Docket 25856.
 United States Court of Appeals Second Circuit.
 Argued February 3 and 4, 1960.
 Decided February 26, 1960.
 
 Appeal from the United States District Court for the Southern District of New York; Archie O. Dawson, Judge.
 
 
 1
 Defendant appeals from a summary judgment granted to plaintiff-bank in an action for the recovery of $25,000, the amount of a check erroneously paid over a "stop payment" order.
 
 
 2
 Kenneth S. Oltarsh, New York City (Virginia C. Duncombe and Duncombe, Oltarsh & Schott, New York City, on the brief), for plaintiff-appellee.
 
 
 3
 Hyman Fried, New York City (Abbie Goldstein and Fried, Beck, Tannenbaum & Field, New York City, N. Y., and Edward R. Schwartz of the Bar of District of Columbia, on the brief), for defendant-appellant.
 
 
 4
 Before MEDINA and WATERMAN, Circuit Judges, and MADDEN, Judge, United States Court of Claims.*
 
 
 5
 PER CURIAM.
 
 
 6
 The judgment is affirmed on the opinion of Judge Dawson, 175 F.Supp. 74.
 
 
 
 Notes:
 
 
 *
 Sitting by designation